UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe,<br><br>                                    Plaintiff,<br><br>v.<br><br>City of Rochester, New York<br><br>                                    Defendant. | Case No.:    6:24-cv-06209<br><br>Hon. Charles J. Siragusa<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, declaration of J. Morgan Levy, and all prior pleadings and filings, J. Morgan Levy will move before the Honorable Charles J. Siragusa, at 2120 Kenneth B. Keating Federal Building, 100 State Street Rochester, NY 14614 on _____ at _____, for an Order pursuant to the Western District of New York's Local Rules of Civil Procedure ("Loc. R. Civ. P.") 83.2(c)(4) to withdraw as counsel of record in this matter, and further relief as the Court deems proper and just.

Dated: Rochester, New York
       January 3, 2025

                                                            Respectfully submitted,

                                                            _____
                                                            J. Morgan Levy (Bar No. 4367322)
                                                            J. Morgan Levy Firm, PLLC
                                                            24 N. Main Street, Ste. 2
                                                            Fairport, NY 14450
                                                            T: 585-678-1160
                                                            E: morgan@jmorganlevyfirm.com
                                                            Attorneys for Plaintiff

To:    James M. Campolieto, Esq.
       City of Rochester, Law Department, City Hall
       30 Church Street, Room 400-A
       Rochester, NY 14614-1295
       T: (585) 428-7410
       E: campolj@cityofrochester.gov
       Attorney for Defendant